THE PEOPLE OF THE STATE OF NEW YORK ex rel.
    AMERICAN WOOLEN PRODUCTS COMPANY, INC.,
    Respondent, *v.* STATE TAX COMMISSION, Appellant.

*Appeal — tax — certiorari — order of Appellate Division annulling
    franchise tax assessment and remitting proceeding to Tax Commission
    not final order and not appealable to Court of Appeals as of right.*

*People ex rel. Am. W. P. Co., Inc.,* v. *State Tax Comm.,* 213 App.
Div. 493, appeal dismissed.

(Argued November 15, 1926; decided November 30, 1926.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
August 25, 1925, which annulled, on certiorari, a determi-
nation of the State Tax Commission assessing a franchise
tax against the relator and remitted the proceeding to
the Commission.

*Albert Ottinger, Attorney-General (Wendell P. Brown*
and *C. T. Dawes* of counsel), for appellant.

*Irving Smith, Jr.,* for respondent.

Appeal dismissed, with costs, on ground order is not
a final one; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY
    BESSMORE, Appellant, *v.* HARRY HONECK, Warden of
    the City Prison, County of Kings, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Crimes — indeterminate sentence — habeas corpus — indeterminate
    sentence on conviction for disorderly conduct warranted where previous
    convictions are shown — writ of habeas corpus dismissed.*

*People ex rel. Bessmore* v. *Honeck,* 216 App. Div. 815, affirmed.

(Submitted November 15, 1926; decided November 30, 1926.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 16, 1926, which reversed an order of Special Term
sustaining a writ of habeas corpus, dismissed said writ
and remanded the relator to custody. Relator was con-

victed of disorderly conduct. (Penal Law, § 722, subd. 6.) The question was whether the evidence produced at the hearing and admissions of relator as to previous convictions brought the case within the provisions of section 4 of the Parole Commission Act, as amended by chapter 287 of the Laws of 1916, authorizing an indeterminate sentence.

*K. Henry Rosenberg* for appellant.

*Joab H. Banton, District Attorney (Michael J. Driscoll* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JESSIE L. LOUDERBACK, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

*New York city — teachers — action by school teacher to recover salary alleged to be due.*

*Louderback* v. *Board of Education,* 216 App. Div. 805, affirmed. (Argued November 15, 1926; decided November 30, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 9, 1926, unanimously affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion by plaintiff to strike out the answer and for judgment on the pleadings. The action was brought by the plaintiff, a visiting teacher in the employ of the defendant, on her own behalf and on behalf of other visiting teachers who assigned their claims to her, for arrears of salary alleged to be due pursuant to schedule A-3 of section 883 of the Education Law, added to said law by chapter 645 of the Laws of 1919, as amended by chapter 680 of the Laws of 1920, either from the date when such statutes and salary schedules adopted thereunder by the board of education became effective, if their appointments as visiting teachers were made prior thereto, or from the date of such appointments down to the 1st day of April, 1925.